UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARY COOK, | ) No. CV 06-3766 FFM |
| Plaintiff, | ) JUDGMENT OF REMAND |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated February 6, 2008.

DATED: February 7, 2008

/ S / FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge