1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
5  E-mail: rohlfing_office@msn.com

6  Attorneys for Plaintiff

7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

11 MARY COOK,                              ) Case No.: CV 06-3766 FFM
                                           )
12           Plaintiff,                    ) [PROPOSED] ORDER AWARDING
                                           ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                                 ) ATTORNEY FEES PURSUANT TO
   MICHAEL J. ASTRUE,                      ) 28 U.S.C. § 2412(d)
14 Commissioner of Social Security,        )
                                           )
15                                         )
             Defendant.                    )
16                                         )

17
18     Based upon the parties' Stipulation for the Award and Payment of Equal
19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to
20 Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of
21 rights, the amount of three thousand eight hundred fifty dollars and no cents
22 ($3,850.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the
23 above-referenced Stipulation.
24 DATE:  July 18, 2008
                           / S /    FREDERICK F. MUMM
25                         THE HONORABLE FREDERICK F. MUMM
                           UNITED STATES MAGISTRATE JUDGE
26

-1-